IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THERESA M. BENDER,
Chapter 7 Trustee
in the Matter of MARY LAVON INGRAM,

      Plaintiff,

v.                                          CASE NO. 4:13cv103-MW/CAS

THE CONTINENTAL INSURANCE COMPANY,

      Defendant.
_____/

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiff has filed a notice of dismissal with prejudice, ECF No. 20. Because the defendant previously served an answer, ECF NO. 7, I treat the *notice* of dismissal as a *motion* for dismissal under Federal Rule of Civil Procedure 41(a)(2). In the unlikely event Defendant opposes the motion, Defendant may file a timely motion to alter or amend the judgment that will be entered based on this order.

For these reasons,

IT IS ORDERED:

Plaintiff's motion, ECF No. 20, is **GRANTED.** The clerk must enter judgment stating, "Plaintiff's claims against Defendant are dismissed with

1

prejudice. The parties will each bear its/her attorney's fees and costs." The clerk must close the file.

SO ORDERED on December 21, 2013.

s/Mark E. Walker<br>United States District Judge